IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON SINGLETON,

        Plaintiff,

   v.

D. PEKAREK, et. al.,

        Defendant(s).

No. C-11-5556 TEH (PR)

ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION

On November 18, 2011, Plaintiff, a state prisoner incarcerated at San Quentin State Prison in San Quentin, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that his in forma pauperis application was incomplete. Plaintiff failed to submit (1) the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and (2) a copy of his prisoner trust account statement showing transactions for the last six months. On January 9, 2012, Plaintiff informed the Court that he has attempted to comply with the Court's order and twice requested from prison officials, without success, a completed and signed

Certificate of Funds in Prisoner's Account.

    Plaintiff is granted an extension of time to February 3, 2012 to file his <u>in forma pauperis</u> application.  Prison officials are ordered to assist him in completing the necessary paperwork.

    IT IS SO ORDERED.

DATED  *01/12/2012*  

                                  THELTON E. HENDERSON  
                                  United States District Judge

G:\PRO-SE\TEH\CR.11\Singleton-11-5556-eot-ifp.wpd