1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ALTON SINGLETON,                      No. C-11-5556 TEH (PR)

12           Plaintiff,                   ORDER GRANTING EXTENSION OF
                                          TIME TO FILE IN FORMA PAUPERIS
13       v.                               APPLICATION

14  D. PEKAREK, et. al.,
                 Defendant(s).
15
    _____/
16

17

18      Plaintiff's second request for an extension of time to

19  complete his in forma pauperis application is GRANTED.  Doc. #9.

20  Plaintiff must submit by March 12, 2012, (1) the Certificate of

21  Funds in Prisoner's Account completed and signed by an authorized

22  officer at the prison and (2) a copy of his prisoner trust account

23  statement showing transactions for the last six months.  Prison

24  officials are ordered to assist him in completing the necessary

25  paperwork.

26      Plaintiff is reminded that he must keep the Court and all

27  parties informed of any change of address and must comply with the

28  Court's orders in a timely fashion.  Failure to do so may result in

the dismissal of this action pursuant to Federal Rule of Civil

Procedure 41(b).

IT IS SO ORDERED.

DATED      _2/13/2012_      _____
                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\CR.11\Singleton-11-5556-eot2-ifp.wpd

2