United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON SINGLETON, | No. C-11-5556 TEH (PR) |
|     Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION |
|     v. | |
| D. PEKAREK, et. al., | |
|     Defendant(s). | |

      Plaintiff's <u>second</u> request for an extension of time to complete his <u>in forma pauperis</u> application is GRANTED. Doc. #9. Plaintiff must submit by March 12, 2012, (1) the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and (2) a copy of his prisoner trust account statement showing transactions for the last six months. Prison officials are ordered to assist him in completing the necessary paperwork.

      Plaintiff is reminded that he must keep the Court and all parties informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in

the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED  *2/13/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Singleton-11-5556-eot2-ifp.wpd