IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON SINGLETON, | No. C-11-5556 TEH (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| D. PEKAREK, et al., | |
| Defendant(s). | |

Plaintiff has notified the Court that he would like to proceed with his excessive force claim against Officer D. Pekarek. Doc. #14. To do so, Plaintiff must file a first amended complaint that states clearly and concisely how Officer D. Pekarek used excessive force on Plaintiff. Plaintiff's May 15, 2012, filing does not set forth any details regarding his excessive force claim and cannot serve as a First Amended Complaint. Plaintiff is reminded that the First Amended Complaint supersedes the original Complaint and therefore he must re-state in full his excessive force claim in the First Amended Complaint itself.

//

1   Plaintiff is granted an extension of time to June 18,
2  2012, to file a First Amended Complaint.  The pleading must include
3  the caption and civil case number used this order and the words
4  COURT ORDERED FIRST AMENDED COMPLAINT on the first page.  Failure to
5  file a proper First Amended Complaint by this deadline will result
6  in the dismissal of this action.  The Clerk shall also send
7  Plaintiff a blank civil rights complaint form with this order.
8   IT IS SO ORDERED.

10  DATED   _05/23/2012_    _____
                            THELTON E. HENDERSON
11                          United States District Judge

15  G:\PRO-SE\TEH\CR.11\Singleton-11-5556-eot fac.wpd