IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON SINGLETON,　　　　　　　　　　　No. C-11-5556 TEH (PR)

　　　　Plaintiff,　　　　　　　　　ORDER OF DISMISSAL

　　　v.

D. PEKAREK, et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　/

On November 18, 2011, Plaintiff, a state prisoner incarcerated at California State Prison - Sacramento in Represa, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. The Court conducted an initial screening of the complaint pursuant to 28 U.S.C. § 1915A(a). Plaintiff asserted that while he was housed at San Quentin State Prison ("SQSP"), SQSP prison officials violated his constitutional rights. In its Order dated April 17, 2012, the Court found that Plaintiff's complaint failed to identify which defendants proximately caused him to suffer a 90-day assessment, failed to set forth specific facts as to how each individual defendant proximately caused the deprivation of a

1 federally-protected right, and improperly joined unrelated claims
2 against unrelated defendants. See Doc. #13 at 5. The Court
3 therefore dismissed the complaint with leave to amend to cure these
4 pleading deficiencies. The Court granted Plaintiff thirty days to
5 cure the pleading deficiencies, or to suffer dismissal of the
6 action. The Court instructed Plaintiff that his amended complaint
7 must "state clearly and succinctly how each and every Defendant is
8 alleged to have violated Plaintiff's federally protected rights" and
9 informed him that the amended complaint would supersede the original
10 complaint. Id. at 6.

11 On May 15, 2012, Plaintiff filed a document titled "Court
12 Ordered First Amended Complaint," and stated, "I just want to keep
13 my complaint on Officer D. Pekarek for excessive force and drop all
14 other claims until further notice." See Doc. #14. He also informed
15 the Court that he was on lockdown and did not have the ability to
16 stay in contact with the Court. Id. Plaintiff requested an
17 extension of time to obtain help in researching his case. Id.
18 Plaintiff's proposed first amended complaint fails to state how D.
19 Pekarek violated Plaintiff's federally-protected rights. In its
20 Order dated May 23, 2012, the Court informed Plaintiff that his
21 proposed first amended complaint was deficient because it failed to
22 state how D. Pekarek violated Plaintiff's federally-protected
23 rights. See Doc. #16. The Court instructed him how to correct the
24 deficiency and sua sponte granted Plaintiff an extension of time to
25 June 18, 2012, to file another proposed first amended complaint.
26 Id. at 2.

**2**

The deadline has passed and Plaintiff has not filed a first amended complaint. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(b).

The Clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

DATED  07/17/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Singleton-11-5556-dismissal-complaint.wpd

3