IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON SINGLETON,                            No. C-11-5556 TEH (PR)

        Plaintiff,                        ORDER OF DISMISSAL

    v.

D. PEKAREK, et al.,

        Defendants.
_____/

        On November 18, 2011, Plaintiff, a state prisoner incarcerated at California State Prison - Sacramento in Represa, California, filed this pro se civil rights complaint under 42 U.S.C. § 1983. The Court conducted an initial screening of the complaint pursuant to 28 U.S.C. § 1915A(a). Plaintiff asserted that while he was housed at San Quentin State Prison ("SQSP"), SQSP prison officials violated his constitutional rights. In its Order dated April 17, 2012, the Court found that Plaintiff's complaint failed to identify which defendants proximately caused him to suffer a 90-day assessment, failed to set forth specific facts as to how each individual defendant proximately caused the deprivation of a

federally-protected right, and improperly joined unrelated claims against unrelated defendants. See Doc. #13 at 5. The Court therefore dismissed the complaint with leave to amend to cure these pleading deficiencies. The Court granted Plaintiff thirty days to cure the pleading deficiencies, or to suffer dismissal of the action. The Court instructed Plaintiff that his amended complaint must "state clearly and succinctly how each and every Defendant is alleged to have violated Plaintiff's federally protected rights" and informed him that the amended complaint would supersede the original complaint. Id. at 6.

On May 15, 2012, Plaintiff filed a document titled "Court Ordered First Amended Complaint," and stated, "I just want to keep my complaint on Officer D. Pekarek for excessive force and drop all other claims until further notice." See Doc. #14. He also informed the Court that he was on lockdown and did not have the ability to stay in contact with the Court. Id. Plaintiff requested an extension of time to obtain help in researching his case. Id. Plaintiff's proposed first amended complaint fails to state how D. Pekarek violated Plaintiff's federally-protected rights. In its Order dated May 23, 2012, the Court informed Plaintiff that his proposed first amended complaint was deficient because it failed to state how D. Pekarek violated Plaintiff's federally-protected rights. See Doc. #16. The Court instructed him how to correct the deficiency and sua sponte granted Plaintiff an extension of time to June 18, 2012, to file another proposed first amended complaint. Id. at 2.

1    The deadline has passed and Plaintiff has not filed a
2 first amended complaint.  Accordingly, this action is DISMISSED
3 WITHOUT PREJUDICE.  See Fed. R. Civ. P. 41(b).
4    The Clerk shall terminate any pending motions as moot and
5 close the file.
6    IT IS SO ORDERED.

8 DATED    07/17/2012                    _____
                                         THELTON E. HENDERSON
9                                        United States District Judge

25 G:\PRO-SE\TEH\CR.11\Singleton-11-5556-dismissal-complaint.wpd

3